# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:15-MJ-00190-SAB |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| | ) | |
| WESLEY L. McGUIRT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Damaging any natural feature or other property of the United States, in violation of Title 36, Code of Federal Regulations, section 261.9(a). |
| **Sentence Date:** | November 19, 2015 |
| **Review Hearing Date:** | September 8, 2016 |
| **Probation Expires On:** | November 18, 2016 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $10.00 Special Assessment and restitution in the amount of $1,100.00

☒ Community Service hours Imposed of: 100 hours by October 14, 2016

## *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒ To date, Defendant has paid in full for a total of $1,110.00 ($10.00 SA and $1,100.00 Restitution)

☒ To date, Defendant has completed 15 hours of community service for the Boys2Men-Girls2Women Foundation. Defendant is expected to complete the 100 hours by October, 2016.  A record of community service completed thus far has filed with the court.

**_GOVERNMENT POSITION:_**

☒     The Government agrees to the above-described compliance.

☐     The Government disagrees with the following area(s) of compliance:

*/s /Michael Tierney*
MICHAEL TIERNEY

**_DEFENDANT'S REQUEST (OPTIONAL):_**

In light of the information detailed in this status report, the defendant moves for the following:

☒     that the review hearing set for 9/8/2016 at 10:00 a.m.

    ☒     be continued to 11/3/2016 at 10:00 a.m.

    ☐     be vacated.

DATED:  8/31/2016                      */s/ Megan Hopkins*
                                       DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒     GRANTED in part.  The Court orders that the Review Hearing set for September 8, 2016 at 10:00 am  be continued to October 6, 2016  at 10:00 a.m.

☐     DENIED.

IT IS SO ORDERED.

Dated:   **August 31, 2016**

UNITED STATES MAGISTRATE JUDGE