# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br><br>WESLEY L. McGUIRT,<br><br>  Defendant. | Case No. 1:15-MJ-00190-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

**Convicted of:** Damaging any natural feature or other property of the United States, in violation of Title 36, Code of Federal Regulations, section 261.9(a).

**Sentence Date:** November 19, 2015

**Review Hearing Date:** November 3, 2016

**Probation Expires On:** November 18, 2016

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $10.00 Special Assessment and restitution in the amount of $1,100.00

☒ Community Service hours Imposed of: 100 hours by October 14, 2016

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

### *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

  */s /     Michael Tierney*
  MICHAEL TIERNEY

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 11/3/2016 at 10:00 a.m. be vacated in light of the defendant's compliance with all terms and conditions of his sentence.

DATED: 10/18/2016                           */s/ Megan Hopkins*
                                            DEFENDANT'S COUNSEL


**O R D E R**

The Court having considered the defendant's request,

IT IS HEREBY ORDERED that the Defendant's request is:

X       GRANTED.  The Court orders that the review hearing be vacated.

☐       DENIED.


IT IS SO ORDERED.

Dated:  **October 19, 2016**                    _____
                                                UNITED STATES MAGISTRATE JUDGE